# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODERIC GRANT

NO. 2023 KW 0082

**APRIL 12, 2023**

---

In Re:    Roderic Grant a.k.a. Roderick Grant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-08-0097.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on October 28, 2022, the district court summarily denied the Motion to Preserve All Evidence and Records. The record further shows that on February 6, 2023, the district court denied relator's Motion for Postconviction DNA Testing.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.s.n_

DEPUTY CLERK OF COURT
FOR THE COURT